# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-3284

_____

United States of America

*Plaintiff - Appellee*

v.

Gerald A. Jones

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 19, 2019
Filed: July 24, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Gerald A. Jones directly appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute heroin, pursuant to a written plea

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

agreement. Counsel seeks permission to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), asserting that Jones's due process rights were violated at sentencing.

After careful review of the record, we conclude that the due process argument fails on the merits. Specifically, the district court properly relied on testimony and evidence presented at sentencing in resolving disputed portions of the PSR. <u>See</u> <u>United States v. Kozohorsky</u>, 708 F.3d 1028, 1033 (8th Cir. 2013) (per curiam); <u>United States v. Pratt</u>, 553 F.3d 1165, 1170-71 (8th Cir. 2009).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion, and affirm.

_____